## HENRY LONG ET AL.
## v.
## JOHN TRABUE, Ex'r.

PRACTICE—SERVICE OF PROCESS—WHEN APPEARANCE SUFFICIENT.— Where, the defendant in error appeared, entered a motion for a rule upon plaintiff in error, to file a sufficient bond, and for leave to attach a *jurat* to an affidavit then on file, and submitted to the judgment of the court upon such motion, it is such an appearance as brings the defendant in error into court and service of process is unnecessary.

ERROR to the Circuit Court of Sangamon county; the Hon. C. S. ZANE, Judge, presiding. Opinion filed, Nov. 17, 1880.

Mr. JAMES M. EPLER, for plaintiff in error.

C. B. & Q. R. R. Co. v. Avery.

Messrs. MORRISON, WHITLOCK & LIPPINCOTT, for defendant in error.

PER CURIAM. The plaintiff in error now moves the court to continue this cause until the next term of court because the *scire facias* herein has not been served on defendant ten days before the commencement of the present term.

This cause was on the docket at last term when both parties appeared in open court by their respective attorneys, and the defendant in error entered his motion for a rule on plaintiff in error to file a good and sufficient bond, and at the same time asked leave of the court to attach a *jurat* to an affidavit on file in the cause. This motion and application were resisted by plaintiffs and both overruled by the court.

This was such an appearance as brought the defendant into court and rendered the service of process unnecessary.

The cause was continued to the present term and now stands for hearing.

The motion is overruled.